**RYAN v. U.N.C. HOSPITALS**

[349 N.C. 349 (1998)]

IN THE MATTER OF: CHRISTOPHER PATRICK RYAN, M.D. v. UNIVERSITY OF NORTH CAROLINA HOSPITALS, KENNETH G. REEB, M.D., WARREN P. NEWTON, M.D., BRON D. SKINNER, PH.D., SAMUEL WEIR, M.D., AND PETER CURTIS, M.D.

No. 48PA98

(Filed 4 December 1998)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 128 N.C. App. 300, 494 S.E.2d 789 (1998), reversing an order dismissing plaintiff's complaint against defendant University of North Carolina Hospitals for failure to state a claim pursuant to North Carolina Rule of Civil Procedure 12(b)(6) entered by Battle, J., on 4 May 1995 in Superior Court, Orange County. Heard in the Supreme Court 16 November 1998.

*Bell, Davis & Pitt, P.A., by Joseph T. Carruthers, for defendant-appellant UNC Hospitals.*

*Silva & Silva, P.A., by Lawrence H. Brenner, for plaintiff-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.